1

2

3

4   UNITED STATES DISTRICT COURT

5   NORTHERN DISTRICT OF CALIFORNIA

6

7   ROBERT DROP,                           Case No.  22-cv-04436-RMI

8                    Plaintiff,
                                           **ORDER TO SHOW CAUSE**
9          v.

10  TRENT ALLEN,

11                   Defendant.

12

13         Petitioner, a California prisoner, filed a petition for a writ of habeas corpus pursuant to 28

14  U.S.C. § 2254 challenging his state criminal conviction.  It does not appear from the face of the

15  petition that it is without merit. Therefore, good cause appearing, the Court hereby issues the

16  following Orders:

17         (1) The Clerk of Court must serve a copy of this order and the Petition upon the

18             Respondent and the respondent's attorney, the Attorney General of the State of

19             California, and include a copy of the "consent or declination to magistrate judge

20             jurisdiction form."

21         (2) The Clerk must electronically serve a copy of this order and the petition and any

22             exhibits thereto upon the respondent and the respondent's attorney, the Attorney

23             General of the State of California, at the following e-mail address:

24             SFAWTParalegals@doj.ca.gov.

25         (3) No later than sixty days from the date of this Order, Respondent shall file with this

26             Court and serve upon Petitioner an Answer conforming in all respects to Rule 5 of the

27             Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus

28             should not be issued. Respondent shall file with the Answer all portions of the state

United States District Court
Northern District of California

record that have been transcribed previously and are relevant to a determination of the issues presented by the Petition. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the court and serving it on Respondent within thirty days of his receipt of the Answer. If he does not do so, the Petition will be deemed submitted and ready for decision on the date the Traverse is due.

(4) No later than sixty days from the date of this Order, Respondent may file with this Court and serve upon Petitioner a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a Motion, Petitioner shall file with the Court and serve on Respondent an Opposition, or Statement of Non-Opposition, to the Motion within thirty days of its receipt, and Respondent may file with the court and serve on Petitioner a Reply within fourteen days of receipt of any Opposition.

(5) Requests for extensions of time are not favored, however, reasonable extensions will be granted. Any motion for an extension of time must be filed no later than three days prior to the deadline sought to be extended.

**IT IS SO ORDERED.**

Dated: January 18, 2023

ROBERT M. ILLMAN
United States Magistrate Judge